**GTECH CORPORATION,**
Plaintiff–Appellant,

v.

**SCIENTIFIC GAMES INTERNATION-AL, INC., Scientific Games Holdings Corporation, Scientific Games Finance Corporation, and Scientific Games Corporation,** Defendants–Appellees.

No. 2006–1340.

United States Court of Appeals,
Federal Circuit.

Jan. 8, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re Paul C. ZIMMER.**

No. 06–1308.

United States Court of Appeals,
Federal Circuit.

Jan. 9, 2007.

Before LOURIE, RADER, and BRYSON, Circuit Judges.

### JUDGMENT

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.